PRESIDENT AND DIRECTORS OF THE MANHATTAN COM-
PANY, as Successor Trustee under a Deed of Trust,
Respondent, *v.* HARRY H. NEWBERRY et al., Appellants,
and SILRAP CONSTRUCTION COMPANY, INC., et al.,
Respondents, Impleaded with Others.

(Argued October 11, 1934; decided October 26, 1934.)

*Stephen Callaghan, A. Delafield Smith* and *Ralph Stout* for appellants.

*Bernard Sobol* for plaintiff, respondent.

*William L. Carns* for Clinton M. Woodford et al., as committee, respondents.

*Meyer Kraushaar* for Rae Ranzal, respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: CRANE, J.